MR STEVEN A SEXTON
NAME
T-58308
PRISON NUMBER
PO BOX 5004
CALIPATRIA CA 92233
CURRENT ADDRESS OR PLACE OF CONFINEMENT

CITY, STATE, ZIP CODE

2254 ✓ 1983 ___
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

FILED
DEC - 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY RM DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

STEVEN ANTHONY SEXTON,
(FULL NAME OF PETITIONER)

PETITIONER

v.

L.E. SCRIBNER,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

______________________,
The Attorney General of the State of California, Additional Respondent.

Civil No. '07 CV 2306 BTM AJB
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: 250 EAST MAIN ST REGIONAL CENTER ELCAJON CA 92020
2. Date of judgment of conviction: ______________________
3. Trial court case number of the judgment of conviction being challenged: SCE 2200[illegible]
4. Length of sentence: 70 YEAR'S TO LIFE

5. Sentence start date and projected release date: 6-20-2002
20065

6. Offense(s) for which you were convicted or pleaded guilty (all counts): TWO COUNTS of 211 ONE with A FIRE ARM SECOND DEGRE

7. What was your plea? (CHECK ONE)
   (a) Not guilty ☑
   (b) Guilty ☐
   (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury ☑
   (b) Judge only ☐

9. Did you testify at the trial?
   ☐ Yes ☑ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ☑ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: DENIED
    (b) Date of result (if known): 2-4-04
    (c) Case number and citation (if known): SCE220004
    (d) Names of Judges participating in case (if known) MCINTYRE, J. NARES, ACTING P.J AARON, J.
    (e) Grounds raised on direct appeal: THE TRIAL COURT ERRED IN DENYING APPELLANT'S REQUEST TO SELECT JUROR'S FROM A PANEL THAT REFLECTED A FAIR CROSS SECTION OF THE COMMUNITY

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: DENIED
    (b) Date of result (if known): 2-4-04
    (c) Case number and citation (if known): SCE22004
    (d) Grounds raised: THE TRIAL COURT ABUSED IT'S DESCRETION BY FAILING TO CONSIDER APPELLANT'S REQUEST TO DISMISS STRIKE PRIOR'S AND IMPOSE A SENTENCE WHICH CARRIED THE POSSIBILITY OF PAROLE.

**13.** If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

(a) Result: ______

(b) Date of result (if known): ______

(c) Case number and citation (if known): ______

(d) Grounds raised: ______

## COLLATERAL REVIEW IN STATE COURT

**14.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?

☒ Yes ☐ No

**15.** If your answer to #14 was "Yes," give the following information:

(a) **California Superior Court** Case Number (if known): SCE220004

(b) Nature of proceeding: Guilty Jury Trial

(c) Grounds raised: (1) Not a cross section of the community in jury section of the commioner, court and Judge. (2) Discretion to strike old prior's.

(d) Did you receive an evidentiary hearing on your petition, application or motion?

☒ Yes ☐ No

(e) Result: Denied

(f) Date of result (if known): 2-4-04

**16.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?

☒ Yes ☐ No

**17.** If your answer to #16 was "Yes," give the following information:

(a) **California Court of Appeal** Case Number (if known): SCE220004

(b) Nature of proceeding: DENIED

(c) Names of Judges participating in case (if known) MCINTIRE J., NARES, ACTING P.J. AARON, J

(d) Grounds raised: ① CROSS SECTION OF THE JURY ② THE DESCRETION TO STRIKE PRIOR'S.

(e) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes ☐ No

(f) Result: DENIED

(g) Date of result (if known): 2-4-04

**18.** Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☑ Yes ☐ No

**19.** If your answer to #18 was "Yes," give the following information:

(a) **California Supreme Court** Case Number (if known): SCE220004

(b) Nature of proceeding: DENIED

(c) Grounds raised: ① CROSS SECTION OF THE JURY ② THE DESCRETION TO STRIKE PRIOR'S, O/D PRIOR'S

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes ☐ No

(e) Result: DENIED

(f) Date of result (if known): 2-4-04

**20.** If you did ***not*** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

______________________________

______________________________

______________________________

______________________________

## COLLATERAL REVIEW IN FEDERAL COURT

**21.** Is this your **first** federal petition for writ of habeas corpus challenging this conviction?

☒ Yes ☐ No (IF "YES" SKIP TO #22)

(a) If no, in what federal court was the prior action filed? DiStRiC CoURt

(i) What was the prior case number? SCE220004

(ii) Was the prior action (CHECK ONE):

☐ Denied on the merits?

☐ Dismissed for procedural reasons?

(iii) Date of decision: 2-4-04

(b) Were any of the issues in this current petition also raised in the prior federal petition?

☒ Yes ☐ No

(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?

☐ Yes ☒ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

**(a) GROUND ONE**: THE TRIAL COURT ERRED IN DENYING APPELLANT'S REQUEST TO SELECT JUROR'S FROM A PANEL THAT REFLECTED A FAIR CRISSSECTION OF THE COMMUNITY

**Supporting FACTS**: THE TRIAL COURT BEGAN THE VOIR DIRE PROCESS WITH A PANEL OF 56 POTETIAL JUROR'S SHORTLY AFTER THE QUESTIONING OF THE JUROR'S STATED, DEFENSE COUNSEL RAISED CONCERN'S OUTSIDE THE JURROR'S PRESENCE ABOUT THE MAKEUP OF THE PANEL. BECAUSE OF ONE BLACK A SEA OF WHITE'S OR WHITE'S & HISPANIC'S THE COMMISIONER OF THE COURT'S OFFICE FAILED TO MAKE A CRISS SECTION OF THE COMMUNITY FOR A FAIR TRIAL. FOR THE DEFENDANT.

**Did you raise GROUND ONE in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): DENIED

(2) Case number or citation: SC E22004

(3) Result (attach a copy of the court's opinion or order if available): ______

**(b) GROUND TWO:** THE TRIAL COURT ABUSED IT'S DISCRETION BY FAILING TO CONSIDER APPELLANT'S REQUEST TO DISMISS STRIKE PRIOR'S O/D PRIOR'S, AND IMPOSED A SENTENCE WHICH CARRIED THE POSSIBILITY OF PAROLE

**Supporting FACTS:** APPELANT STRIKE'S STEMMED FROM 1984 – 1993 ROBBERY CONVICTION'S BEFOR TRIAL, APPELLANT DECLINED OFFER'S FROM THE DISTRICT ATTORNY'S OFFICE TO PLEAD GUILTY TO COUNT ONE AND ADMITE TWO STRIKES IN EXCHANGE FOR THE DISMISSAL OF COUNTS TWO AND THE REMAINING ALLEGATION'S AND A STIPULATED SENTECE OF 25 YEAR'S TO LIFE. IN ATTEMPTING TO PERSUADE APPELLANT TO ACCEPT THE OFFER AND PLEAD GUILTY, THE TRIAL COURT STATED WHAT WOULD HAPPEN IF APPELLANT WERE CONVICTED BY A JURRY.

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): ____________

(2) Case number or citation: ____________

(3) Result (attach a copy of the court's opinion or order if available): ____________

(c) **GROUND THREE**: PETITION ALLEGES THAT HE WAS DEPRIVED OF HIS CON-STITUTIONAL FUNDAMENTAL RIGHT'S OF EFFECTIVE ASSISTANCE OF COUNSLOL BY LAW TO A FAIR AN DUE PROCESS OF LAW BY INEFFECTIVE ASSISTANCE OF TRIAL COUNSLOR IF TRIAL COUNSLOR FAILED TO OBJECT TO THE WRONGNESS OF THE MAKE UP OF THE JURRY POOL OF NON BLACK'S BY THE COMMISSONER'S OFFICE OF AN IMPARTIAL JURRY.

**Supporting FACTS**:

ON MAY 20TH TRIAL COUNSLER MR ZIEGLER AND TRIAL COUNSLER'S DEFENDANT MR SEXTON WAS UNEASED BY THE NONE CROSS SECTION OF THE JURRY MAKE UP OF (56) POTEN-TIAL JURROR'S WHICH WASN'T A CROSS SECTION OF THE COMMUNITY FOR A IMPARTIAL TRIAL BY THE STATE OF CALIFORNIA'S LAWS

(SUPPORTING) CASES

US. 322 CARTER V JURRY COMMISSION OF GREEN COUNTY US 380 202 SWAIN V STATE OF ALABAMA. PEOPLE V BUFORD (1982) 132 CAL APP. 3D 288 292-93 MISSOURI (1979) 439 U.S 357, 368, FN 26 99 S.Ct 664 58 L.ED. 2d 579].) PEOPLE V HARRIS 1984 36 CAL. 3d [201 CAL. RPTR 782 I AT PP. 54-55 PEOPLE V ALEXANDER 1985 163 CAL. APP. 3D 1189, 1199—1200 PEOPLE VS HARRIS SUPA. 36 CAL 3D AT 47 F.N. 3,) SWAIN V ALABAMA (1965) 380 US 202, 203 [85 S Ct. 824, 13 LED. 2d 759 WITHER-SPOON V ILLINOS 1968 391 US. 510 [88 S Ct 1770, 20 LED 2D 776] COLEMAN V ALBAMA 1964 377 U.S. 377 US 129 84 S.Ct 1152: 12 LED 2D 190

**Did you raise GROUND THREE in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): BOTH

(2) Case number or citation: SCE 220004

(3) Result (attach a copy of the court's opinion or order if available): __________

(d) **GROUND FOUR**: ______________________________

______________________________

______________________________

**Supporting FACTS**: ______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

______________________________

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): ______________

(2) Case number or citation: ______________

(3) Result (attach a copy of the court's opinion or order if available): ______________

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes ☑ No

**24.** If your answer to #23 is "Yes," give the following information:

(a) Name of Court: ______

(b) Case Number: ______

(c) Date action filed: ______

(d) Nature of proceeding: ______

(e) Name(s) of judges (if known): ______

(f) Grounds raised: ______

(g) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes ☐ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: 250 EAST MAIN St, Sixth floor EAST COUNTY REGIONAL CENTER ElCAJON, CA 92020 rm.s 128

(b) At arraignment and plea: NOT Guilty

(c) At trial: Guilty

(d) At sentencing: 70 YEAR'S TO LIFE

(e) On appeal: ~~[illegible]~~ LAW Offices of RUSSELL B BABCOCK 1400 SIXTH AVE, Suite 210 B SAN DIEGO CA 92101

(f) In any post-conviction proceeding: NO DENIED

(g) On appeal from any adverse ruling in a post-conviction proceeding: NO

**26.** Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes ☑ No

**27.** Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ☑ No

(a) If so, give name and location of court that imposed sentence to be served in the future:

______________________________________________

(b) Give date and length of the future sentence: ______________________________

______________________________________________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes ☑ No

**28.** Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: 9/1/07

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

San Diego California

SIGNATURE OF ATTORNEY (IF ANY)

PROPER MR Sexton

I declare under penalty of perjury that the foregoing is true and correct. Executed on

9/1/07 MR STEVEN ANTHONY SEXTON.

MR STEVEN Anthony Sexton

(DATE) SIGNATURE OF PETITIONER

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

2254 ✓ 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ Prose ✓

FILED
DEC - 7 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

I (a) PLAINTIFFS

**Steven Anthony Sexton**

DEFENDANTS

**LE Scribner**

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Steven Anthony Sexton**
**PO Box 5004**
**Calipatria, CA 92233**
**T-58308**

ATTORNEYS (IF KNOWN)

'07CV 2306 BTM AJB

II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

**28 U.S.C. 2254**

V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

CONTRACT
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Eiectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS — PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

PERSONAL INJURY
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☒ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights

FORFEITURE/PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

LABOR
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
☐ Security Act

BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

SOCIAL SECURITY
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

OTHER STATUTES
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

VII. REQUESTED IN COMPLAINT: ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 — DEMAND $ — Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

VIII. RELATED CASE(S) IF ANY (See Instructions): JUDGE — Docket Number

DATE 12/7/2007 — ~~SIGNATURE OF ATTORNEY OF RECORD~~
[signature]