STEVEN ANTHONY SEXTON
CDC# T-58308
P.O. BOX 5002
CALIPATRIA, CA. 92233.
((PRO SE PETITIONER ))

FILED
MAR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

**IN THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN ANTHONY SEXTON, Petitioner, v. L.E. SCRIBNER, Warden, Respondent. | CASE No. 07cv2306 BTM (AJB) NOTICE OF MOTION: MOTION TO DISMISS INSTANT PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE |

Petitioner, STEVEN ANTHONY SEXTON, hereby moves this honorable Court to dismiss the instant PETITION FOR WRIT OF HABEAS CORPUS in the above entitled caption/ and case number WITHOUT PREJUDICE.

Petitioner submits that the instant petition is not properly composed in that Petitioner failed to state a federal claim, raised unexhausted claims, and failed to address the "untimeliness" of the petition. Petitioner has proceeded for years through the system

Pro se, in an attempt to obtain relief from his unconstitutional conviction and confinement. Recently Petitioner has sought legal assistance to assist in this legal endeavor. Petitioner therefore respectfully prays this honorable Court to dismiss the aforesaid pending petition (Case No. 07cv2306.) **WITHOUT PREJUDICE** so that he may return to this honorable court at a later date with legal assistance, and a properly filed petition.

Further, Petitioner notes the "caution" he was advised of by this honorable Court in reference to the "ONE-YEAR STATUTE OF LIMITATIONS", and appreciates the advisory.

**PETITIONER FURTHER SAYETH NAUGHT.**

**DATED:** 2/27/08 **2008.** **Respectfully Submitted;**

X Mr Steven A Sexton
STEVEN ANTHONY SEXTON
( PRO SE PETITIONER )